GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

| | |
|---|---|
| PATRICIA M. NAPIER | 3735-0 |
| pnapier@goodsill.com | |
| STACY Y. MA | 10537-0 |
| sma@goodsill.com | |
| ANDREW K. RECKTENWALD | 10223-0 |
| arecktenwald@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
BEN & JERRY'S HOMEMADE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREG CRANE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BEN & JERRY'S HOMEMADE, INC., a for profit corporation, dba BEN & JERRY'S ICE CREAM; DOES 1-20, DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE NON-PROFIT ENTITIES 1-20; DOE GOVERNMENTAL ENTITIES 1-20,<br><br>　　　　　　Defendants. | CV 19-00190 SOM-RT<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br><br>**Trial Date:  None**<br>**Judge:    Hon. Susan Oki Mollway** |

7539481.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff Greg Crane and Defendant BEN & JERRY'S HOMEMADE, INC. ("Defendant"), through their respective counsel, that the First Amended Complaint, filed March 12, 2019, in Civil No. 18-1-2061-12 JHA, in the Circuit Court of the First Circuit, State of Hawaiʻi, and subsequently removed to the United States District Court for the District of Hawaiʻi, CV 19-00190 SOM-RT on June 14, 2019, is hereby dismissed with prejudice.  This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties.  Each party shall bear his or its own costs and attorneys' fees.  This Stipulation is signed by counsel for all parties that have appeared in this action.  Trial has not been set in this matter.

DATED:  Honolulu, Hawaii,  June 25, 2019.

/s/ Richard D. Gronna
RICHARD D. GRONNA

Attorney for Plaintiff
GREG CRANE

DATED:  Honolulu, Hawaii, June 25, 2019.

/s/ Stacy Y. Ma
PATRICIA M. NAPIER
STACY Y. MA
ANDREW K. RECKTENWALD

Attorneys for Defendant
BEN & JERRY'S HOMEMADE, INC.

APPROVED AND SO ORDERED:



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

**Stipulation and Order for Dismissal With Prejudice of All Claims and All Parties**
*Greg Crane v. Ben & Jerry's Homemade, Inc., et al.,* CV 19-00190 SOM-RT, United States District Court for the District of Hawaiʻi

3